IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 5:21-cr-009 |
| | ) | |
| RODOLFO MARTINEZ MACIEL | ) | |

**GOVERNMENT'S MOTION TO DISMISS**
**DEFENDANT FROM INDICTMENT**

Comes now the United States and moves this Court to dismiss Rodolfo Martinez Maciel from the Indictment charging him with Conspiracy to Commit Mail Fraud (Count One), Conspiracy to Engage in Forced Labor (Count Eight), Forced Labor (Counts 9-11), and Money Laundering Conspiracy (Count Fifty-Three).  Doc. 3, Indictment. In support of the motion to dismiss, the United States submits the following:

1) A federal grand jury indicted Mr. Martinez Maciel on October 5, 2021.  Id.

2) The indictment alleged that Mr. Martinez Maciel was a member of a transnational criminal organization whose members engaged in crimes, including international forced labor conspiracy in the Southern District of Georgia, Mexico, and elsewhere.  Id.  The indictment alleged the organization operated from 2015 through the return of the indictment (October 5, 2021).

3) Post-indictment, investigators learned that Mr. Martinez Maciel was murdered and decapitated in Mexico on or about September 18, 2019.  Agents procured a certified copy of his death certificate, dated September 24, 2019, verifying his death.

1

WHEREFORE, for good cause shown, the United States moves this Court to dismiss the federal charges against him, as outlined above.

        Respectfully submitted,

        DAVID ESTES
        UNITED STATES ATTORNEY

        *s/ E. Greg Gilluly, Jr.*
        E. Greg Gilluly, Jr.
        Assistant United States Attorney
        TN019397

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2527
Facsimile: (912) 652-4388
E-mail: greg.gilluly@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of March 2022.

                                              **BOBBY L. CHRISTIN**
                                              **UNITED STATES ATTORNEY**

                                              ***/s/E. Greg Gilluly, Jr.***

                                              E. Greg Gilluly, Jr
                                              Assistant United States Attorney
                                              TN019397

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2527
Facsimile: (912) 652-4388
E-mail: greg.gilluly@usdoj.gov